UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Derek Edwin Stephens  CASE NO.:15-80909
Kristen Mathis Stephens  Chapter 13

_____
### CHAPTER 13 PLAN

This pleading is a Bankruptcy Rule 3025 (d) Summary and Notice of a Chapter 13 Plan of Repayment filed by the above captioned Debtor(s). The complete plan can be viewed and printed by logging on to PACER at www.lawb.uscourts.gov. To obtain a Password, you may register at http://pacer.psc.uscourts.gov or call the PACER Service Center at 1-800-676-6856. A summary of the contents of the plan filed by Debtor(s) is as follows:

Debtor(s)' *PLAN OF REPAYMENT* pursuant to 11 USC S.S.1321, S.S.1322, and S.S.1325; *PROPOSED ADEQUATE PROTECTION* pursuant to 11 USC S.S.361; Debtor(s) *REQUEST FOR VALUATION OF SECURITY* pursuant to 11 USC S.S.506:

I. *Plan Summary*
   A. Plan Payment: **$500.00** per month for 12 months
      Then $1,675.00 for 48 months
   B. Length of plan: **60** months
   C. Amount of plan: **$86,400.00**
   D. Amount of secured creditors to be paid by the trustee through
      the plan: **$58,925.00**
      **6.0%** Interest to be paid to secured creditors in this plan: **$9,426.00**
   E. Amount of priority creditors to be paid in plan: **$1,700.00**
   F. Amount of Unsecured class 1 creditors in plan: **$63,851.00**
   G. Percentage to be paid to Unsecured class 1 creditors: **Less than 75%**
   H. Amount of Residential Mortgage to be thru Plan: **$0.00**
   I. Amount of Residential Mortgage Arrears to be paid Thru Plan: **$4,370.00**

Debtor(s) herein will pay or cause to be paid to the standing Chapter 13 Trustee the amount set forth above in the Plan for a term of **60** months. Said payments are to be made by: **PAYROLL DEDUCTION.**

II. *Payments to be made by the debtors outside the plan:*

| CREDITOR | COLLATERAL | TOTAL DEBT | MONTHLY PAYMENTS |
|---|---|---|---|
| **Ctb-dba Cimarron Mtg.** | Brick home and 1 lot of land | $195,214.00 | $1429.00 (1st Mortgage) |
| La Capital FCU | Brick home and 1 lot of land | $13,577.00 | $181.00 (2nd Mortgage) |

III. *Disbursements under the plan.*
   A. Administrative priority claims:
      1) C. Rodney Harrington - fee of **$3,200.00**
      2) Chapter 13 Trustee - a fee equal to **10%** of payments.

   B. **Priority claim**.
      IRS-$1,700.00

**C. Secured claims:**

The allowed secured claims set forth below shall be paid in full the value of the collateral, **plus 6.0% per annum interest on the collateral value**. The balance of the claim shall be treated as unsecured. Each creditor shall retain its lien. The debtors are the owners of the property serving as collateral for payment of the secured claims. Debtors are aware of the condition of the collateral and know its value. On the Plan filing date, the property has the value set forth below. The value is based upon disposition of said property in a commercially reasonable manner.

| CREDITOR | COLLATERAL | FMV | TOTAL DEBT | SECURED | INTEREST | UNSECURED |
|---|---|---|---|---|---|---|
| 1st Community Bank | Lawn Mower | $3,451.00 | $3,451.00 | $3,451.00 | $552.00 | $0.00 |
| Ford Motor Credit | 2013 Ford F150 | $52,976.00 | $52,976.00 | $52,976.00 | $52,976.00 | $0.00 |
| 1st Franklin | Golf Cart | $1,290.00 | $1,290.00 | $1,290.00 | $206.00 | $0.00 |
| Ivan Smith | Household Goods | $1,208.00 | $1,208.00 | $1,208.00 | $193.00 | $0.00 |

**ADEQUATE PROTECTION:** These payments are to be made concurrently with attorney's fees and administrative fees as listed only.
**Ford Motor Credit-$150.00**

**D. Residence Mortgage Note:**
**None**

**Special Class- Mortgage Arrears- The following pre-petition arrears debt shall be repaid through this plan as a special secured debt with 0% interest over the life of the plan.**
**Ctb-dba Cimmaron Mtg. – Pre-petition arrears in the amount of $4,370.00 which represents arrears owed from June through August 2015.**

**E. Secured Claims with Collateral to be Surrendered:** (In full satisfaction of debt)

| CREDITOR | TOTAL DEBT | DESCRIPTION OF PROPERTY |
|---|---|---|
| None | | |

**F. GENERAL UNSECURED CLAIMS:** Unless listed above, all other claims: listed on Schedule F as unsecured; (2) listed on Schedule D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of less than 75% of the claims.

**G. Unsecured Special Class, Paid @ 100% or Co-signed:**
The debtor desires that the following claims be paid in full through this plan, and, if co-signed, are to protect the interest of debtor's co-signer:

| CREDITOR | AMOUNT OF CLAIM |
|---|---|
| None | |

**H. Special Class Unsecured Claims:**


**PLAN AND SUMMARY DATE: August 20, 2015**




**Respectfully submitted:**

/s/C. Rodney Harrington /s/Derek Edwin Stephens
Attorney at Law
P. O. Box 1278
Natchitoches, LA 71458-1278 /s/Kristen Mathis Stephens